UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIN JI GOO DYER,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOES 1-10,<br><br>    Defendant. | Case No. 23-cv-01226-JCS<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO SERVE THIRD-PARTY SUBPOENAS PRIOR TO A RULE 26(F) CONFERENCE**<br><br>Re: Dkt. No. 5 |

**THIS CAUSE** came before the Court upon Plaintiff's Ex Parte Application for Leave to Serve Third-Party Subpoenas Prior to a Federal Rule of Civil Procedure 26(f) Conference (the "Application"), and the Court being duly advised does hereby: **FIND, ORDER AND ADJUDGE**:

1. Plaintiff's Ex Parte Application for Leave to Serve Third-Party Subpoenas Prior to a Federal Rule of Civil Procedure 26(f) Conference is hereby **GRANTED**.

2. Plaintiff has established that "good cause" exists for her to serve limited third-party subpoenas on Coinbase Inc. ("Coinbase"), BAM Trading Services Inc. ("Binance"), Bandwidth.com CLEC, LLC ("Bandwidth.com"), Regions Bank, JP Morgan Chase Bank, N.A., Key Bank, Wells Fargo Bank, N.A, Academy Bank, and Boeing Employees Credit Union (together, the "Banks"; and together with Coinbase, Binance, and Bandwith.com, the "Subpoena Recipients"). *See, e.g., UMG Recordings, Inc. v. Doe*, 08-cv-1193, 2008 WL 4104214 at *4 (N.D. Cal. Sept. 3, 2008); *Strike 3 Hldgs. LLC v. Subscriber Assigned IP Address 135.180.67.148*, 22-cv-2886, 2022 WL 1645941, at *2 (N.D. Cal. May 24, 2022); *Jocobo v. Doe*, 1:22-cv-672, 2022 WL 2079766, at *3 (E.D. Cal. June 9, 2022). The proposed discovery is narrow and, in consideration of the administration of justice, outweighs any prejudice that might be felt by the

Defendants.

3. Plaintiff may serve the Subpoena Recipients with Rule 45 subpoenas commanding the Subpoena Recipients to produce the following information:

a. All documents regarding, reflecting, containing, recording, or memorializing the legal names, authorized users, beneficiaries, Internet Service Provider ("ISP") addresses, proofs of identification (such as government-issued photo ID), two-factor identification methods, dates of birth, Social Security Numbers, telephone numbers, electronic mail addresses, residential/mailing addresses, account opening and closing documentation, and Know Your Customer ("KYC") and Anti-Money Laundering ("AML") information (collectively "Identifying Information") for any accounts ("Accounts") associated with the following information, respectively:

| SUBPOENA RECIPIENT | ACCOUNT(S) |
|---|---|
| JPMorgan Chase Bank, N.A | Account number xxxxx6083 (routing number 21000021)<br>Account number xxxxx9181 (routing number 122100024)<br>Account number xxxxx3796 (routing number 122100024) |
| Key Bank | Account number xxxxxxxx1631 (routing number 125000574) |
| Wells Fargo Bank N.A. | Account number xxxxxx2844 (routing number 122105278) |
| Academy Bank | Account number xxxxxx0528 (routing number 107001481) |
| Boeing Employees Credit Union | Account number xxxxxx8678 (routing number 325081403) |
| Regions Bank | Account number xxxxx4211 (routing number 064000017) |
| Coinbase | Bitcoin addresses:<br><br>3Jj66oX1QuWtRpdyiKpxMs5swbYptujNum<br><br>33zZb6GDbFreHU6jFxYx1QgNfuaxGXKECh<br><br>Transaction hashes:<br><br>e67adca8e5c48512c7978e1bdad038dddb92df372ebcfaf98b3c0244dd198c92<br>30d49d9714b7ccafa7fc6da5c0705b59702dd94131423bd688b6af0c4e84c6d1<br>34104d3297be166879c39fc982aead1bb76d9c109bc52c85473b9fadf0a1cc63<br>8898069744dc36cea0feec180392a7faf69ffb04fb776a0d14ba79d6b92d5b07f |

| | |
|---|---|
| Binance | Bitcoin addresses:<br><br>3Jj66oX1QuWtRpdyiKpxMs5swbYptujNum<br>bc1qpxcjkywmfscuzs33zhentqjm8etgq5h62w3krt<br>1BEhFtjVtMGGXbRtP7HJ9kTekPKrwyNvAE<br>1HhjAxfNYB4ddRf3oJKrTEDvaeLVVHroCp<br>1DUPzUz5igs8FjmfYxTsbCYrsRp8GrDBa5<br>1DmhRwA5zW3JSL4zJuNQ9ZdaQsJegAMqfV<br>1LTuZ4fgr1L7LN66WD6oQjQ7UVcPcMmgh<br>bc1q5sv77la3fngj6le49mazqkf72a97qj7r55zpdu<br>bc1qhgecj83fv5mspjjcugx530kjpv538tchyjehcp<br>18pz3ubuwJL9TN1U5Bvd4uxYQ1F1D7LA2v<br>1FzJSrwUJBvF7SCVZRLvtjZwCmBg8RP7be<br>1PhZqPdx4uKqXVRYUR1enaNTQavurNux7h<br><br>Transaction Hashes:<br><br>e67adca8e5c48512c7978e1bdad038dddb92df372ebcfaf98b3c0244dd198c92<br>30d49d9714b7ccafa7fc6da5c0705b59702dd94131423bd688b6af0c4e84c6d1<br>34104d3297be166879c39fc982aead1bb76d9c109bc52c85473b9fadf0a1cc6<br>898069744dc36cea0feec180392a7faf69ffb04fb776a0d14ba79d6b92d5b07f<br>78fcfe60c4202d4af4f434687d16896fde272efff0fcadd5570ce743f67579e3<br>22d9437de99aec7ca3366ee28a7ef7e54e647e0bcd6b3b77df9642cfe7c661c0<br>f3d249f7d099ad30f58f9a7f6aae04b16dfb50d6f8f68818c4243496faecf67a<br>90763c3575ee07f2a41cdbfe5e406068410506d83d9ad428cf78249086212d0f<br>50f8414caf7e59720634ec25f764ca879d37b38d667641ef908cd67ccb0dbf73 |
| All Subpoena Recipients | Telephone numbers:<br><br>510-689-1529<br>216-202-5727 |

b. All Identifying Information for any other accounts or subaccounts that the Subpoena Recipients have reason to believe are, or at any time have been, associated with, linked to, or under common or coordinated control of the Accounts identified in response to paragraph (a); and

c. Documents sufficient to identify any third-party accounts (such as linked bank accounts or other sources of funding) that the Subpoena Recipients have reason to believe are, or at any time have been, associated with, linked to, or under common or coordinated control of the Accounts identified in response to paragraph (a).

4. Plaintiff may serve Rule 45 subpoenas on any of the Subpoena Recipients' corporate parents, subsidiaries, or affiliates ("Related Entities"), as may be necessary to effectuate the subpoenas and the purpose of this Order. In particular, should any of the Subpoena Recipients, in response to Plaintiff's subpoena, identify a Related Entity as being in possession of the

3

1  information or documents described above, Plaintiff may also serve a Rule 45 subpoena in the
2  same manner on the Related Entity.
3      5. Plaintiffs shall serve the Rule 45 subpoenas, along with a copy of this Order, in the
4  manner set forth in Fed.R.Civ. P. 45(b).
5      **IT IS SO ORDERED.**

7  Dated: March 23, 2022

_____
JOSEPH C. SPERO
United States Magistrate Judge