1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIN JI GOO JI GOO DYER,<br><br>　　　　　　　Plaintiff.<br><br>　　　v.<br><br>JOHN DOES 1-10,<br><br>　　　　　　　Defendant. | Case No.  23-cv-01226-JCS<br><br>**ORDER TO SHOW CAUSE** |

A status conference re: new counsel was scheduled on November 17, 2023, before this Court in the above-entitled case.  Plaintiff was not present.  Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **December 15, 2023, at 2:00 p.m.,** before Magistrate Judge Joseph C. Spero, by Zoom (Zoom Webinar 161 926 0804. Password: 050855), San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the status conference on November 17, 2023, for failure to prosecute, and for failure to comply with the Court's Order of September 15, 2023.  A further case management conference is also scheduled for **December 15, 2023**, **at 2:00 p.m.**

IT IS HEREBY FURTHER ORDERED that former counsel, Rodney Villazor, shall serve a copy of this Order to Show Cause by any means available via U.S. mail and/or email to Ms. Dyer pursuant to Civil L.R. 11-5 and file a proof of service.

IT IS SO ORDERED.

Dated: November 20, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge