UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIN JI GOO JI GOO DYER,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN DOES 1-10,<br><br>        Defendant. | Case No. 23-cv-01226-JCS<br><br>**ORDER STRIKING DOCKET NO. 22** |

On December 6, 2023, the Court ordered Plaintiff to file "a redacted version of docket no. 17 that discloses only the birth years of the individuals identified in that document within thirty (30) days." Dkt. no. 21. Instead, Plaintiff refiled the same document without redacting the birth months and dates of the individuals listed in docket no. 17. Because the refiled application does not comply with the Court's order and is in violation of Fed.R.Civ. P. 5.2, docket no. 22 and all attachments shall be STRICKEN. Plaintiff shall file the redacted version of docket no. 17 as previously ordered. Plaintiff need not refile the attachments to her application (docket nos. 17-1 through 17-7) as those documents do not contain personal identifying information that is in violation of Rule 5.2.

**IT IS SO ORDERED.**

Dated: December 7, 2023

JOSEPH C. SPERO
United States Magistrate Judge