UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIN JI GOO JI GOO DYER,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-10,<br><br>Defendant. | Case No. 23-cv-01226-JCS<br><br>**ORDER STRIKING MOTION FOR ALTERNATIVE SERVICE**<br><br>Re: Dkt. No. 65 |

Plaintiff has filed a Motion for Alternative Service ("Motion") that contains numerous case citations that appear to be fabricated. In particular, the Court was unable to locate the following cases cited in the Motion on either Pacer and Westlaw using the citations and case numbers cited:

- Motion pp. 8, 14, 17: *Shinde v. Nithyananda Foundation*, No. 20-CV-01958-H-WVG, 2021 WL 533545, at *4 (S.D. Cal. Feb. 12, 2021).
- Motion pp. 10, 18: *Google LLC v. Abdin*, No. 14-cv-02329-BLF, 2023 WL 3855882 (N.D. Cal. June 7, 2023).
- Motion p. 18: *Juul Labs, Inc. v. Cheapest Vape Supplies LLC*, No. 20-cv-03710-JSC, 2020 WL 5894327 (N.D. Cal. Oct. 5, 2020).

In addition, the Motion states that in *Luxottica Group S.p.A. v. Partnerships & Unincorporated Assocs. Identified on Schedule "A"*, 391 F. Supp. 3d 816, 827 (N.D. Ill. 2019), "the court authorized email service on defendants in China" whereas the court in that case did just the opposite, finding that email service on a defendant in China was not proper.

Accordingly, the Court STRIKES the Motion pursuant to Rule 12(f) of the Federal Rules of Civil Procedure. *See Grant v. City of Long Beach*, 96 F.4th 1255, 1256 (9th Cir. 2024) (striking brief that was "replete with misrepresentations and fabricated case law"). In light of Plaintiff's pro

se status, she will be permitted to file a corrected motion for alternative service.  Plaintiff is cautioned, however, that further citation to non-existent cases or mischaracterization of case holdings may result in sanctions, including dismissal of this case.

**IT IS SO ORDERED.**

Dated:  October 21, 2024

_____
JOSEPH C. SPERO
United States Magistrate Judge