UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIN JI GOO JI GOO DYER,

    Plaintiff,

v.

JOHN DOES 1-10,

    Defendant.

Case No. 23-cv-01226-JCS

**ORDER TO SHOW CAUSE**

At the February 20, 2025 Case Management Conference in this Case, the Court set a deadline of April 21, 2025 to file an amended complaint naming an "actual defendant" and stated that the case would be dismissed if no such amended complaint was filed. Dkt. no. 79. Although Plaintiff has informed the Court that she has identified an individual involved in the scam that was perpetrated against her, *see* dkt. no. 82, she has not filed an amended complaint that names that individual as a defendant. As the deadline to amend her complaint has now passed, Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed. Plaintiff may respond to this Order by filing her amended complaint by **May 9, 2025.** In the amended complaint, Plaintiff should include the individual she has identified (Chike Ezeh) in the caption and amend any Doe allegations in the complaint that relate to Ezeh to specifically reference that defendant. The Court will defer ruling on Plaintiff's motion for leave to serve Ezeh by alternative means until Plaintiff has filed her amended complaint.

**IT IS SO ORDERED.**

Dated: April 22, 2025

JOSEPH C. SPERO
United States Magistrate Judge