UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIN JI GOO DYER,<br>   Plaintiff,<br> v.<br>CHIKE EZEH, et al.,<br>   Defendants. | Case No. 23-cv-01226-JCS<br><br>**ORDER DEEMING SERVICE EFFECTIVE AND MOVING MARCH 25, 2026 CASE MANAGEMENT CONFERENCE FROM 2:00 PM TO 9:30 AM PACIFIC TIME**<br><br>Re: Dkt. No. 115 |

  Plaintiff has brought a motion asking the Court to deem service on Defendant Chike Ezeh effective and has supplied an affidavit from her attorney in Nigeria establishing that Mr. Ezeh has been served by email and by publication, in compliance with the Court's November 11, 2025 Order. The evidence supplied by Plaintiff also reflects that Mr. Ezeh responded to emails from Plaintiff's attorney and that he seeks to assert defenses under Rule 12 of the Federal Rules of Civil Procedure based on, *inter alia*, lack of personal jurisdiction and inadequate service of process. *See* dkt. no. 115-1. The Court therefore deems service effective as of the date of this Order. Pursuant to Rules 12(a)(1)(A)(ii) and 6(a)(1)(C) of the Federal Rules of Civil Procedure, Defendant's answer or Rule 12 motion must be filed by **April 6, 2026**.

  In addition, all parties are ordered to appear at the Case Management Conference set for **March 25, 2026**, to be conducted by teleconference via Zoom (id. 161 926 0804, password 050855). In light of the time difference between California and Nigeria, the Case Management Conference will be conducted at **9:30 a.m. Pacific Time instead of 2:00 p.m. as previously scheduled**. Mr. Ezeh's appearance at the Case Management Conference will be considered a limited appearance and will not waive any defense, including lack of personal jurisdiction.

Plaintiff is ORDERED to serve this order, through her attorney in Nigeria, on Mr. Ezeh at the same email address where the Complaint was served, at glee.fuller.og@gmail.com.

**IT IS SO ORDERED.**

Dated:  January 5, 2026

_____
JOSEPH C. SPERO
United States Magistrate Judge

2